# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Michael L. McConnell  
Clerk of Court

Telephone: 225-389-3500  
Facsimile: 225-389-3501

October 11, 2023

Mark Richard Ladd  
Galindo Law Firm  
3850 N. Causeway Blvd.  
Ste 1520  
Metarie, LA 70002

*Sent via CM/ECF NEF*

RE: 23-cv-1452-SDD-SDJ  
Carter, et al v. Allstate Insurance Company

## NOTICE

A Notice of Removal was filed in the Middle District of Louisiana. A review of our records indicates Chinwe Ndidi Onyenekwu, listed as co-counsel for the Plaintiffs, is not admitted to practice before this court and as a result, will not be allowed to sign or appear in court until admitted.

If the attorney is a member of the Louisiana State Bar, they can complete the admission packet located at https://www.lamd.uscourts.gov/attorney-admission. Otherwise, a Motion to Appear Pro Hac Vice must be filed by local counsel, in accordance with Local Rule 83(b)(8) and the $100.00 fee paid through CM/ECF.

Once admitted, a Motion to Enroll Additional Counsel is required in order for the newly admitted counsel to appear and receive notice in the case. For any questions, please contact the Clerk of Court's Office at (225)389-3500.

Sincerely,

Michael L. McConnell  
Clerk of Court

By: *Elisa Clement*  
Deputy Clerk