# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NECOLA CARTER AND EDWARD CARTER** | § § § | Docket No. 3:23-cv-01452 |
| | § | Judge: SHELLY D. DICK |
| **Versus** | § § | |
| | § § | Magistrate Judge: SCOTT D. JOHNSON |
| **ALLSTATE INSURANCE COMPANY** | § | |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes Plaintiff's undersigned counsel, and respectfully request this Honorable Court to grant its Joint Motion to Dismiss Without Prejudice for the reasons set forth below.

1. Plaintiff, NECOLA CARTER AND EDWARD CARTER, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 28, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, Plaintiff's undersigned counsel attempted to contact the client again and successfully spoke with the client. The client informed Plaintiff's undersigned counsel that they do not wish to pursue the claim any further.

Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim without prejudice.

**WHEREFORE,** Plaintiff's undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim without prejudice.

Respectfully Submitted,

*/s/ Mark Ladd_____*
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**


 */s/  Kelly S. Rizzo_____*
JONATHAN EDWARD LEY
Email: jley@kelletkronenberg.com
KELLY STEIN RIZZO
Email: krizzo@kelleykronenberg.com
KELLEY KRONENBERG
400 Poydras Street, Ste 2400
New Orleans, LA 70130
(504) 208-9055
**ATTORNEYS FOR DEFENDANT**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NECOLA CARTER AND EDWARD CARTER** | § § § § | Docket No. 3:23-cv-01452 |
| | § | Judge: SHELLY D. DICK |
| **Versus** | § § | |
| | § § | Magistrate Judge: SCOTT D. JOHNSON |
| **ALLSTATE INSURANCE COMPANY** | § | |

## ORDER

**CONSIDERING** the above and foregoing Motion to Dismiss Without Prejudice;

That this matter be, and hereby is ORDERED, WITHOUT PREJUDICE, DISMISSED.

Signed this _____ day of _____, 2023.

_____
**JUDGE, MIDDLE DISTRICT OF LOUISIANA**