## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NECOLA CARTER AND EDWARD CARTER** | § § § | Docket No. 3:23-cv-01452 |
| | § | **Judge: SHELLY D. DICK** |
| Versus | § § | |
| | § § | **Magistrate Judge: SCOTT D. JOHNSON** |
| **ALLSTATE INSURANCE COMPANY** | § | |

## ORDER

**CONSIDERING** the above and foregoing Motion to Dismiss Without Prejudice;

That this matter be, and hereby is ORDERED, WITHOUT PREJUDICE, DISMISSED.

Signed this ___20th___ day of _____February_____, 2023.

_____
**JUDGE, MIDDLE DISTRICT OF LOUISIANA**